**OTTENHEIMER BROS., Inc., et al. Appellants, v. Merle COTTON et al.**

**No. 11994.**

Circuit Court of Appeals, Eighth Circuit.

April 28, 1941.

Moore, Burrow & Chowning, of Little Rock, Ark., for appellants.

Herman E. McKaskle, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellees, but without allowance of additional attorneys' fee to appellees and without taxation of penalty for delay.

**Orrel A. PARKER, Appellant, v. Conway P. COE, Commissioner of Patents, et al.**

**No. 7597.**

Circuit Court of Appeals, Third Circuit.

May 2, 1941.

Before MARIS, JONES, and GOOD-RICH, Circuit Judges.

Frank M. Slough, of Cleveland, Ohio, for appellant.

Hugh C. Lord, of Erie, Pa., for appellee.

PER CURIAM.

The decree of the District Court is affirmed upon the opinion of Judge Schoonmaker, 33 F.Supp. 410.

**Arthur SILVER v. UNITED STATES of America.**

**No. 2215.**

Circuit Court of Appeals, Tenth Circuit.

May 9, 1941.

Harry S. Bowman, of Santa Fe, N. M., for appellant.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed April 15, 1941, on motion of appellee, at the costs of appellant, for failure diligently to prosecute.

**UNITED STATES of America, Appellant, v. C. T. JAFFRAY et al.**

**No. 11977.**

Circuit Court of Appeals, Eighth Circuit.

April 1, 1941.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

J. B. Faegre and Hayner N. Larson, both of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this court, on stipulation of parties.